IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RANDALL ALAN GRONEWOLD,<br><br>               Plaintiff,<br><br>   vs.<br><br>FIRST NATIONAL BANK OF OMAHA, CLARK D. LAURITZEN, CLARK INTERNATIONAL, and ADAMS COUNTY SHERIFF'S DEPT.,<br><br>               Defendants. | 8:18CV159<br><br>ORDER TO SHOW CAUSE |

      Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). "The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m)[.]" Fed. R. Civ. P. 4(c)(1).

      Plaintiff, proceeding pro se, filed the Complaint on April 11, 2018, (Filing No. 1), and paid the filing fee on May 8, 2018 (Filing No. 5). More than 90 days have elapsed since the Complaint was filed. To date, Plaintiff has not requested summons nor filed any return of service or waiver indicating service was perfected on the defendants, and the defendants have not entered a voluntary appearance. Accordingly,

      **IT IS ORDERED** that Plaintiff shall have until **July 30, 2018**, to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m). The failure to timely comply with this order may result in dismissal of this action without further notice.

      Dated this 12th day of July, 2018.

                                                                BY THE COURT:

                                                                s/ Michael D. Nelson
                                                                United States Magistrate Judge