IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RANDALL ALAN GRONEWOLD,<br><br>                Plaintiff,<br><br>    vs.<br><br>FIRST NATIONAL BANK OF OMAHA, CLARK D. LAURITZEN, CLARK INTERNATIONAL, and ADAMS COUNTY SHERIFF'S DEPT.,<br><br>                Defendants. | **8:18CV159**<br><br>**FINDINGS AND RECOMMENDATION** |

        Plaintiff, proceeding pro se, filed the Complaint on April 11, 2018, (Filing No. 1), and paid the filing fee on May 8, 2018 (Filing No. 5). Based on the record before the Court, it appeared that Plaintiff failed to serve the defendants with notice of this lawsuit. Accordingly, on July 12, 2018, the undersigned magistrate judge issued a show cause order requiring Plaintiff to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) for failure to serve the defendants within 90-days of filing the Complaint. (Filing No. 7). The show cause order warned Plaintiff that failure to timely comply with the order may result in dismissal of the action without further notice. The deadline for responding to the show cause order was July 30, 2018.

        Plaintiff did not respond to the show cause order.[1] There is still no indication that the defendants have been served and received notice of this lawsuit. Plaintiff did not request summons or file any return of service or waiver indicating service was perfected on the defendants, and the defendants have not entered a voluntary appearance. Plaintiff also failed to request an extension of the service deadline. Plaintiff was responsible for having the summons and complaint served within the time allowed by Rule 4(m) and failed to do so in this case. Accordingly,

---

[1] On July 27, 2018, the Clerk of Court received a document from Plaintiff with a heading, "In United States District Court for the Northern District of New York" (Filing No. 8). However, such document in no way responded to the Court's show cause order and has no bearing on Plaintiff's failure to serve the above-named defendants.

**IT IS HEREBY RECOMMENDED** to the Honorable John M. Gerrard, United States District Court Judge, that the above-captioned case be dismissed for failure of service pursuant to [Federal Rule of Civil Procedure 4(m)](#).

Dated this 2nd day of August, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge

### ADMONITION

A party may object to a magistrate judge's findings and recommendation by filing an objection within fourteen (14) days after being served with a copy of the findings and recommendation. NECivR 72.2. Failure to timely object may constitute a waiver of any objection.